

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

January 20, 2026

**NOTICE OF REVISED CAPTION**

Re: DISH Network L.L.C. v. Entropic Communications, LLC, Appeal No. 2026-1331

The court's official caption has been revised to reflect the cross-appeal in 2026-1352.

Please review the attached caption carefully and promptly advise this court in writing of any improper or inaccurate designations. The revised caption should be used on all future filings with the court. Previously submitted documents do not require correction.

Sincerely,

Jarrett B. Perlow
Clerk of Court

By: G. Kilgore, Deputy Clerk

Attachment: Revised Official Caption

## Official Caption

**DISH NETWORK L.L.C.,**
*Appellant*

v.

**ENTROPIC COMMUNICATIONS, LLC,**
*Cross-Appellant*

## Short Caption

DISH Network L.L.C. v. Entropic Communications, LLC