# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 26-1331, 26-1352

**Short Case Caption** DISH Network L.L.C. v. Entropic Communications, LLC

**Filing Party/Entity** Entropic Communications, LLC

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

DirecTV, LLC v. Entropic Communications, LLC,
Case No. 26-1366 (Fed. Cir.), on appeal from IPR2024-00373, IPR2024-01060 (P.T.A.B);
Entropic Communications, LLC v. DirecTV, LLC f/k/a DirecTV, Inc. et al.,
Case No. 2:23-cv-05253 (C.D. Cal.);
Entropic Communications, LLC v. DISH Network Corporation et al.,
Case No. 2:23-cv-01043 (C.D. Cal.);
Entropic Communications, LLC v. Cox Communications, Inc. et al.,
Case No. 2:23-cv-01047 (C.D. Cal.); and
Entropic Communications, LLC v. Comcast Corporation et al.,
Case No. 2:23-cv-01048 (C.D. Cal).

☐ Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

(See Attachment)

☑ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

(See Attachment)

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 01/26/2026

Signature: /s/ Jason A. Engel

Name: Jason A. Engel

**Attachment to Notice of Related Case Information**

| | |
|---|---|
| **Case Number:** | 26-1331, 26-1352 |
| **Short Case Caption:** | DISH Network L.L.C. v. Entropic Communications, LLC |
| **Filing Party/Entity:** | Entropic Communications, LLC |

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

AT&T Services, Inc.
Comcast Cable Communications Management, LLC
Comcast Cable Communications, LLC
Comcast Corporation
Cox Communications California, LLC
Cox Communications, Inc.
CoxCom, LLC
DIRECTV, LLC
DISH Network California Service Corporation
DISH Network Corporation
DISH Network L.L.C.
DISH Network Service, L.L.C.
DISH Technologies, L.L.C.
Entropic Communications, LLC
MaxLinear Communications LLC
MaxLinear, Inc.

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

**Alston & Bird LLP:**
Lindsay Catherine Church
Natalie C. Clayton
David S. Frist
Rachel E K Lowe
Yuri Mikulka

Theodore Stevenson, III
Joshua M. Weeks
Emily C. Welch

**Bridges IP Consulting:**
Kenneth Bridges

**Davis Polk and Wardwell LLP:**
Micah G. Block
Christina Costello
David J. Lisson
James Youngmin Park
Ashok Ramani

**Finnegan, Henderson, Farabow, Garrett & Dunner, LLP:**
Safiya Aguilar
Cory C. Bell
Daniel F. Klodowski
Victor Palace

**Fish & Richardson P.C.:**
Alyaman Amer
Michael J. Ballanco
David M. Barkan
Ashley A. Bolt
Taylor Caldwell Burgener
Ruffin B. Cordell
John-Paul Fryckman
Usman Khan
Christopher Marchese
Matthew P. Mosteller
Ralph A. Phillips
Aaron P. Pirouznia
Oliver Richards
Timothy Riffe
Adam R. Shartzer
Richard A. Sterba
Amanda Tessar
John J. Thuermer
Tyler Train

**Goldman Ismail Tomaselli Brennan and Baum LLP:**
Xaviere N. Giroud
Kurt A. Holtzman
Katherine P. Kieckhafer
Alan E. Littmann
Meredith R. Aska McBride
Ethan Perbohner
Michael T. Pieja
Douglas Jordan Winnard

**K&L Gates LLP:**
Joshua Andrews
Rachel Berman
Jason A. Engel
Christina Goodrich
Erik Halverson
Nicholas F. Lenning
Jared Lund
Connor Meggs
James A. Shimota
Cassidy Stewart

**Kilpatrick Townsend and Stockton LLP:**
Rishi Gupta
Philip Edgar Hawkyard
Vaibhav P. Kadaba
Sarah Y. Kamran
Christopher S. Leah
Andrew N. Saul
Mitchell G. Stockwell
Michael J. Turton

**Olson Stein LLP:**
David M. Stein

**Walker Stevens Cannom LLP:**
Hannah Lynn Cannom
Bethany M. Stevens

**Winston and Strawn LLP:**
Louis Lloyd Campbell
Claire Dial
Brian E. Ferguson
Diana Hughes Leiden
Krishnan Padmanabhan
Saranya Raghavan

**Yocca Law Firm LLP:**
Jared Glicksman
Paul Kim
Mark W Yocca