NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**DISH NETWORK L.L.C., DIRECTV, LLC,**
*Appellants*

v.

**ENTROPIC COMMUNICATIONS, LLC,**
*Cross-Appellant*

2026-1331, 2026-1352, 2026-1366

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2024-00373, IPR2024-01060.

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for both appeals. The revised official caption is reflected above. The Certified Lists shall be due

2 DISH NETWORK L.L.C. v. ENTROPIC COMMUNICATIONS, LLC

March 3, 2026.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

<u>January 30, 2026</u>
  Date