# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 26-1331, -1352, -1366

**Short Case Caption:** DISH Network L.L.C. v. Entropic Communications, LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

DirecTV, LLC

| | |
|---|---|
| **Principal Counsel:** Cory C. Bell | Admission Date: 11/03/2014 |
| Firm/Agency/Org: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | |
| Address: 2 Seaport Lane, 6th Floor  Boston, MA 02210 | |
| Phone: 617-646-1641 | Email: cory.bell@finnegan.com |
| **Other Counsel:** Daniel C. Tucker | Admission Date: 2/3/2015 |
| Firm/Agency/Org: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | |
| Address: 1875 Explorer Street, Suite 800  Reston, VA 20190 | |
| Phone: 571-203-2793 | Email: daniel.tucker@finnegan.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: February 5, 2026          Signature:  /s/ Daniel C. Tucker

                                Name:       Daniel C. Tucker

| **Other Counsel:** Yongyuan Gao Rice | Admission Date: 6/23/2020 |
|---|---|
| Firm/Agency/Org: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP ||
| Address: 901 New York Avenue, N.W.<br>　　　　　Washington, DC 20001 ||
| Phone: 202-714-5958 | Email: michelle.rice@finnegan.com |