# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**NOTICE OF RELATED CASE INFORMATION**

| | |
|---|---|
| **Case Number** | 26-1331, -1352, -1366 |
| **Short Case Caption** | DISH Network L.L.C. v. Entropic Communications, LLC |
| **Filing Party/Entity** | DirecTV, LLC |

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

*Entropic Communications, LLC v. DirecTV, LLC f/k/a DirecTV, Inc. et al.*,
Case No. 2:23-cv-05253 (C.D. Cal.)
*Entropic Communications, LLC v. DISH Network Corporation et al.*,
Case No. 2:23-cv-01043 (C.D. Cal.)
*Entropic Communications, LLC v. Cox Communications, Inc. et al.*,
Case No. 2:23-cv-01047 (C.D. Cal.)
*Entropic Communications, LLC v. Comcast Corporation et al.*,
Case No. 2:23-cv-01048 (C.D. Cal.)
*Entropic Communications, LLC v. Comcast Corporation, et al.*,
Case No. 2:25-cv-07967 (C.D. Cal.)

☐　　Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

See attached page.

☒ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

☒ Additional pages attached

See attached page.

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: February 5, 2026      Signature: /s/ Daniel C. Tucker

Name: Daniel C. Tucker

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

DISH Network L.L.C. v. Entropic Communications, LLC

**Appeal Nos. 26-1331, -1352, -1366**

---

**NOTICE OF RELATED CASE INFORMATION (Additional Pages)**

2. Names of all parties involved in the cases listed above. Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

| |
|---|
| AT&T Communications, LLC |
| AT&T Inc. |
| AT&T Services, Inc. |
| Comcast Cable Communications Management, LLC |
| Comcast Cable Communications, LLC d/b/a Xfinity |
| Comcast Corporation |
| Cox Communications California, LLC |
| Cox Communications, Inc. |
| CoxCom, LLC |
| DirecTV, LLC f/k/a DIRECTV Operations, LLC |
| Dish Network California Service Corporation |
| DISH Network Corporation |
| DISH Network L.L.C. |
| Dish Network Service L.L.C. |
| DISH Technologies L.L.C. |
| Entropic Communications, LLC |
| MaxLinear Communications LLC |
| MaxLinear, Inc. |

3. Names of all law firms, partners, and associates in the cases listed above. Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

| **K&L Gates, LLP** | Rachel Berman |
| --- | --- |
| | Jason A. Engel |
| | Darlene F. Ghavimi |
| | Christina N. Goodrich |
| | Cassidy Stewart |
| | Nicholas F. Lenning |
| | Connor J. Meggs |

|  | Kelsi Quarles<br>Samuel P. Richey<br>James A. Shimota<br>George C. Summerfield |
|---|---|
| **Alston and Bird LLP** | Lindsay C. Church<br>Natalie C. Clayton<br>David S. Frist<br>Rachel E. K. Lowe<br>Yuri Mikulka<br>Theodore Stevenson, III<br>Emily Chambers Welch<br>Joshua M. Weeks |
| **Bridges IP Consulting** | Kenneth H. Bridges |
| **Davis Polk & Wardwell LLP** | Kathryn E. Bi<br>Micah G. Block<br>Christina Costello<br>Ian Christopher James Hogg<br>David J. Lisson<br>James Youngmin Park<br>Ashok Ramani<br>Andrew Gribakov Jaffe<br>Keon Zemoudeh<br>Pablo Lozano |
| **Kilpatrick Townsend & Stockton LLP** | Courtney S. Dabbiere<br>Rishi Gupta<br>Phillip E. Hawkyard<br>April A. Isaacson<br>Vaibhav P. Kadaba<br>Sarah Y. Kamran<br>Christopher S. Leah<br>Andrew N. Saul<br>Mitchell G. Stockwell<br>Michael J. Turton |

| **Morrison & Foerster LLP** | Richard S. J. Hung<br>John R. Lanham<br>Rose S. Lee<br>Bradley S. Lui<br>Zachary Bailey Quinlan<br>Bita Rahebi<br>Alex S. Yap |
|---|---|
| **Fish & Richardson P.C.** | Michael J. Ballanco<br>David M. Barkan<br>Ashley A. Bolt<br>Taylor C. Burgener<br>Ruffin B. Cordell<br>John-Paul R. Fryckman<br>Christopher S. Marchese<br>Ralph A. Phillips<br>Aaron P. Pirouznia<br>Oliver J. Richards<br>Adam R. Shartzer<br>Richard A. Sterba<br>Tyler R. Train |
| **Goldman Ismail Tomaselli Brennan & Baum LLP** | Xaviere N. Giroud<br>Kurt A. Holtzman<br>Katherine P. Kieckhafer<br>Alan E. Littmann<br>Meredith R. Aska McBride<br>Ethan Perbohner<br>Michael T. Pieja<br>Douglas J. Winnard |
| **Olson Stein LLP** | David M. Stein |
| **Bergeson** | Peter E. Soskin |
| **Bernstein IP Strategy** | Matthew C. Bernstein |
| **Perkins Coie LLP** | Amanda J. Tessar |
| **Riley Safer Holmes & Cancila LLP** | Shu Zhang |
| **The Yocca Law Firm LLP** | Jared E. Glicksman<br>Paul Kim<br>Mark W. Yocca |

| | |
|---|---|
| **Walker Stevens Cannom LLP** | Hannah L. Cannom<br>Bethany Stevens |
| **Winston & Strawn LLP** | Louis L. Campbell<br>Claire Dial<br>Brian E. Ferguson<br>Natalie R. Holden<br>Diana Hughes Leiden<br>Krishnan Padmanabhan<br>Saranya Raghavan |