**FORM 26. Docketing Statement**  **Form 26**
                                    December 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-1331, -1352, -1366

**Short Case Caption:** DISH Network, L.L.C. v. Entropic Communications, LLC

**Filing Party:** DirecTV, LLC

> **Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

**Issues to be raised on appeal:**

Reversal of the PTAB's determination that claims 2, 3, 9, and 17 of U.S. Patent No. 7,594,249 were not shown to be unpatentable; response to cross-appellant's cross-appeal of the PTAB's Final Written Decision.

**Relief awarded below (if damages, specify):**  ☐ None/Not Applicable

The PTAB's Final Written Decision on Remand from Director Review found that claims 2, 3, 9, and 17 of U.S. Patent No. 7,594,249 were not shown to be unpatentable, and that claims 1, 4-8, and 10-16 were shown to be unpatentable.

**Briefly describe the judgment/order appealed from:**

The PTAB found that claims 2, 3, 9, and 17 of U.S. Patent No. 7,594,249 were not shown to be unpatentable.

| Nature of Judgment (select one:) | Date of Judgment: November 14, 2025 |
|---|---|
| ☒ Final Judgment, 28 USC § 1295 <br> ☐ Rule 54(b) <br> ☐ Interlocutory Order (specify type) _____ <br> ☐ Other (explain) _____ | |

Date: February 5, 2026            Signature: /s/ Daniel C. Tucker

                                  Name:      Daniel C. Tucker