**Nos. 26-1331, -1352, -1366**

# United States Court of Appeals
# for the Federal Circuit

## DISH NETWORK L.L.C., DIRECTV, LLC,

*Appellants,*

*v.*

## ENTROPIC COMMUNICATIONS, LLC,

*Cross-Appellant.*

APPEALS FROM UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD IN NOS. IPR2024-00373, IPR2024-01060.

**APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Michael J. Ballanco
Ruffin B. Cordell
Adam R. Shartzer
FISH & RICHARDSON P.C.
1000 Maine Avenue S.W., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
ballanco@fr.com

Alyaman Amer
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
amer@fr.com

Christopher S. Marchese
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070
marchese@fr.com

*Attorneys for Appellant DISH Network L.L.C.*

*Counsel for Appellant DirecTV on Inside Cover*

Daniel C. Tucker
FINNEGAN, HENDERSON, FARABOW,
  GARRETT AND DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190
Tel: (571) 203-2793
daniel.tucker@finnegan.com

Cory C. Bell
FINNEGAN, HENDERSON, FARABOW,
  GARRETT AND DUNNER, LLP
2 Seaport Lane, 6th Floor
Boston, MA 02210
Tel: (617) 646-1641
cory.bell@finnegan.com

Yongyuan Gao Rice
FINNEGAN, HENDERSON, FARABOW,
  GARRETT AND DUNNER, LLP
901 New York Avenue N.W.
Washington, DC 20001
Tel: (202) 714-5958
michelle.rice@finnegan.com

*Attorneys for Appellant*
*DirecTV, LLC*

## CERTIFICATE OF INTEREST

Counsel for Appellant DISH Network L.L.C. certifies the following:

1.    Provide the full names of all entities represented by undersigned counsel in this case.

   **DISH Network L.L.C.**

2.    Provide the full names of all real parties in interest for the entities.  Do not list the real parties if they are the same as the entities.

   **None.**

3.    Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

   **DISH Network L.L.C. is a wholly-owned subsidiary of DISH DBS Corporation.**

   **DISH Network L.L.C. and DISH DBS Corporation are wholly-owned indirect subsidiaries of DISH Network Corporation.**

   **DISH Network Corporation is a wholly-owned subsidiary of EchoStar Corporation, with publicly traded equity (NASDAQ:SATS).**

   **Over 10% of EchoStar Corporation's publicly traded stock is owned by BlackRock, Inc., with publicly traded equity (NYSE: BLK).**

4.    List all law firms, partners, and associates that (a)appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

   **Fish & Richardson P.C.: Matthew P. Mosteller, John J. Thuermer, Timothy Riffe, Usman Khan, Richard A. Sterba, Aaron P. Pirouznia.**

5.    Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

   **Yes (*see* DISH's Notice of Related Case Information filed at Dkt. 10).**

6.   Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

**None/Not Applicable.**

Dated:  April 13, 2026                    */s/ Michael J. Ballanco*
                                          Michael J. Ballanco

# CERTIFICATE OF INTEREST

Counsel for Appellant DirecTV, LLC certifies the following:

1. Provide the full names of all entities represented by undersigned counsel in this case.

   **DIRECTV, LLC**

2. Provide the full names of all real parties in interest for the entities.  Do not list the real parties if they are the same as the entities.

   **None/Not Applicable**

3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

   **TPG Capital**

4. List all law firms, partners, and associates that (a)appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

   **Finnegan, Henderson, Farabow, Garrett & Dunner, LLP: Daniel F. Klodowski, Safiya Aguilar, Victor Palace**

5. Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

   **Yes (*see* DIRECTV's Notice of Related Case Information filed at Dkt. 18).**

6. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

   **None/Not Applicable.**

Dated:  April 13, 2026                    */s/ Daniel C. Tucker*
                                          Daniel C. Tucker

## UNOPPOSED MOTION FOR 60-DAY
## EXTENSION OF TIME TO FILE OPENING BRIEF

Pursuant to Federal Circuit Rule 26(b), Appellant DISH Network L.L.C. ("DISH") and Appellant DirecTV, LLC ("DirecTV") (collectively, "Appellants") respectfully request an extension of time to file their opening brief. This brief is currently due on May 4, 2026. Appellants seek a 60-day extension to July 6, 2026. This is Appellants' first extension request in this appeal. Appellants' counsel have notified counsel for Cross-Appellant Entropic Communications, LLC ("Entropic") of their intent to seek an extension, and Entropic's counsel had no objection to the requested extension.

Appellants have good cause to request this extension. Counsel for Appellants have professional and personal commitments that hinder their ability to prepare a brief by the current deadline.

For the foregoing reasons, Appellants respectfully request a 60-day extension, to July, 6 2026, to file their opening brief.

1

Dated:  April 13, 2026

Respectfully submitted,

 /s/ Michael J. Ballanco
Michael J. Ballanco
Ruffin B. Cordell
Adam R. Shartzer
FISH & RICHARDSON P.C.
1000 Maine Avenue S.W., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
ballanco@fr.com

Christopher S. Marchese
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070
marchese@fr.com

Alyaman Amer
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
amer@fr.com

**Attorneys for Appellant**
**DISH Network L.L.C.**

Dated:  April 13, 2026

Respectfully submitted,

 /s/ Daniel C. Tucker
Daniel C. Tucker
FINNEGAN, HENDERSON, FARABOW,
GARRETT AND DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190

2

Tel: (571) 203-2793
daniel.tucker@finnegan.com

Cory C. Bell
FINNEGAN, HENDERSON, FARABOW,
GARRETT AND DUNNER, LLP
2 Seaport Lane, 6th Floor
Boston, MA 02210
Tel: (617) 646-1641
cory.bell@finnegan.com

Yongyuan Gao Rice
FINNEGAN, HENDERSON, FARABOW,
GARRETT AND DUNNER, LLP
901 New York Avenue N.W.
Washington, DC 20001
Tel: (202) 714-5958
michelle.rice@finnegan.com

***Attorneys for Appellant***
***DirecTV, LLC***

3

## DECLARATION IN SUPPORT OF
## APPELLANTS' UNOPPOSED MOTION FOR 60-DAY EXTENSION OF
## <u>TIME TO FILE OPENING BRIEF</u>

I, Michael J. Ballanco, declare as follows:

1.      I am an attorney with Fish & Richardson P.C. admitted to practice before the U.S. Court of Appeals for the Federal Circuit. I have personal knowledge of the facts as set forth herein and if called upon to testify, could competently do so.

2.      This Declaration is made in support of Appellants' Unopposed Motion for 60-Day Extension of Time to File Opening Brief.

3.      Good cause exists for extending the time to file this brief. Members of the team working on the brief for Appellants have the professional conflicts that interfere that interfere with their ability to complete the brief by the current deadline, including:

- Preparation for and participation in Markman hearing on April 6, 2026, in *IngenioSpec, LLC v. Apple Inc.*, Nos. 1:25-cv-00867, -00877 (W.D. Tex.);

- Preparation for and participation in oral argument on April 9, 2026, in *VDPP, LLC v. Volkswagen Group of Am., Inc.*, No. 24-2226 (Fed. Cir.);

- Preparation for and participation in oral argument on April 13, 2026, in *Google LLC v. Sonos, Inc.*, Nos. 2024-2119, -2120 (Fed. Cir.);

- Preparation for and attendance at Motions Hearing on April 17, 2026, in *Entropic Communications, LLC v. DISH Network Corporation, et al.*, Case No. 2:23-cv-01043 (C.D. Cal.);

4

- Answer to Complaint due on April 20, 2026, in *Tianma Microelectronics Co., Ltd. et al. v. LG Display Co., Ltd. et al.*, Case No. 1:25-cv-02021-RP (W.D. Tex.);

- Claim construction briefing deadlines on April 22, 2026, and May 13, 2026, and Markman hearing on June 25, 2026, in *Cerence Operating Co. v. Apple Inc.*, 2:25-cv-00400 (W.D. Tex.);

- Preparation for and attendance at Pretrial Conference on April 27, 2026, in *Bambu Lab, et al. adv. Stratasys*, Case No. 2:24-cv-00644-JRG (E.D. Tex.);

- Preparation for and attendance at Oral Hearing on May 4, 2026, in *Moskowitz Family LLC v. Globus Medical Inc.*, Case No. 26-1696 (Fed. Cir.); and

  Preparation for and attendance at *Markman* Hearing from June 1-3, 2026, in *In the Matter of Certain Screen Protectors, Screen Protector Systems, and Components Thereof*, US ITC Inv. No. 337-TA-1474.

4.    Members of the team working on the brief for Appellants also have pre-paid family vacation, conference, and firm retreat plans that were set before the briefing was scheduled, which include the following dates:

- April 27-29, 2026;

- April 30 – May 1, 2026;

- May 12-14, 2026;

- May 14-15, 2026.

5.    Counsel for Entropic does not oppose this motion.

I declare under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States of America, that the foregoing is true and correct.  Executed on this 13th day of April, 2026.

*/s/ Michael J. Ballanco*
Michael J. Ballanco

## **CERTIFICATE OF SERVICE AND FILING**

I certify that on April 13, 2026, I electronically filed the foregoing

**UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME TO FILE**

**OPENING BRIEF** of Appellants using the Court's CM/ECF filing system.

Counsel of record for Entropic were electronically served by and through the

Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).


Dated:  April 13, 2026                     */s/ Michael J. Ballanco*
                                           Michael J. Ballanco

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A).  The motion contains 131 words, excluding the parts of the motion authorized by Fed. R. App. P. 27(a)(2)(B).  This motion has been prepared in a proportionally spaced typeface using Microsoft® Word for Microsoft 365 in Times New Roman, 14 Point.


Dated:  April 13, 2026                    */s/ Michael J. Ballanco*
                                          Michael J. Ballanco