Nos. 26-1331, -1352, -1366

# United States Court of Appeals
# for the Federal Circuit

### DISH NETWORK L.L.C., DIRECTV, LLC,

*Appellants,*

*v.*

### ENTROPIC COMMUNICATIONS, LLC,

*Cross-Appellant.*

APPEALS FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD IN NOS. IPR2024-00373, IPR2024-01060.

**APPELLANTS' UNOPPOSED
MOTION TO DISMISS APPEAL NOS. 26-1331, 26-1366**

Ruffin B. Cordell
Adam R. Shartzer
Michael J. Ballanco
FISH & RICHARDSON P.C.
1000 Maine Avenue S.W., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
ballanco@fr.com

Christopher S. Marchese
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070

Alyaman Amer
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070

July 3, 2026

*Attorneys for Appellant DISH Network L.L.C.*

*(Counsel for Appellant DirecTV, LLC listed on inside cover)*

Daniel C. Tucker
FINNEGAN, HENDERSON, FARABOW,
    GARRETT AND DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190
Tel: (571) 203-2793
daniel.tucker@finnegan.com

Cory C. Bell
FINNEGAN, HENDERSON, FARABOW,
    GARRETT AND DUNNER, LLP
2 Seaport Lane, 6th Floor
Boston, MA 02210
Tel: (617) 646-1641
cory.bell@finnegan.com

Yongyuan Gao Rice
FINNEGAN, HENDERSON, FARABOW,
    GARRETT AND DUNNER, LLP
901 New York Avenue N.W.
Washington, DC 20001
Tel: (202) 714-5958
michelle.rice@finnegan.com

*Attorneys for Appellant DirecTV, LLC*

## <u>CERTIFICATE OF INTEREST</u>

Counsel for Appellant DISH Network L.L.C. certifies the following:

1.  Provide the full names of all entities represented by undersigned counsel in this case.

    **DISH Network L.L.C.**

2.  Provide the full names of all real parties in interest for the entities.  Do not list the real parties if they are the same as the entities.

    **None.**

3.  Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

    **DISH Network L.L.C. is a wholly-owned subsidiary of DISH DBS Corporation.**

    **DISH Network L.L.C. and DISH DBS Corporation are wholly-owned indirect subsidiaries of DISH Network Corporation.**

    **DISH Network Corporation is a wholly-owned subsidiary of EchoStar Corporation, with publicly traded equity (NASDAQ:ECHO).**

    **Over 10% of EchoStar Corporation's publicly traded stock is owned by FMR, LLC.**

4.  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

    **Fish & Richardson P.C.: Matthew P. Mosteller, John J. Thuermer, Timothy Riffe, Usman Khan, Richard A. Sterba, Aaron P. Pirouznia**

5.  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

    **Yes (*see* DISH's Notice of Related Case Information filed at Dkt. 10).**

6.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

   **None/Not Applicable**

Dated:  July 3, 2026                      */s/ Michael J. Ballanco*
                                          Michael J. Ballanco

## CERTIFICATE OF INTEREST

Counsel for Appellant DirecTV, LLC certifies the following:

1.  Provide the full names of all entities represented by undersigned counsel in this case.

    **DirecTV, LLC**

2.  Provide the full names of all real parties in interest for the entities.  Do not list the real parties if they are the same as the entities.

    **None/Not Applicable.**

3.  Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

    **TPG Capital**

4.  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

    **Finnegan, Henderson, Farabow, Garrett & Dunner, LLP: Daniel F. Klodowski, Safiya Aguilar, Victor Palace**

5.  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

    **Yes (*see* DirecTV's Notice of Related Case Information filed at Dkt. 18).**

6.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

    **None/Not Applicable**

Dated:  July 3, 2026                    */s/ Daniel C. Tucker*
                                        Daniel C. Tucker

iii

## APPELLANTS' UNOPPOSED MOTION
## TO VOLUNTARILY DISMISS APPEAL NOS. 26-1331, 26-1366

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellants DISH Network L.L.C. ("DISH") and DirecTV, LLC ("DirecTV") respectfully move this Court to voluntarily dismiss their appeals at No. 26-1331 and No. 26-1366. Appellants have conferred with Cross-Appellant Entropic Communications, LLC ("Entropic") and understand that Entropic does not oppose this motion.  Each party will bear its own costs and attorneys' fees associated with appeal Nos. 26-1331, 26-1366.

For clarity's sake, this motion does not seek to dismiss Entropic's appeal No. 26-1352.[1]

---

[1] This notice is submitted with no prejudice to DISH's forthcoming Notice of Bankruptcy and Automatic Stay of Proceedings for DISH Network L.L.C.

1

Dated:  July 3, 2026

Respectfully submitted,

*/s/ Michael J. Ballanco*

Michael J. Ballanco
Ruffin B. Cordell
Adam R. Shartzer
FISH & RICHARDSON P.C.
1000 Maine Avenue S.W., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
ballanco@fr.com

Christopher S. Marchese
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070
marchese@fr.com

Alyaman Amer
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
amer@fr.com

***Attorneys for Appellant***
***DISH Network L.L.C.***

Dated:  July 3, 2026                         Respectfully submitted,


                                              */s/ Daniel C. Tucker*
                                             Daniel C. Tucker
                                             FINNEGAN, HENDERSON, FARABOW,
                                             GARRETT AND DUNNER, LLP
                                             1875 Explorer Street, Suite 800
                                             Reston, VA 20190
                                             Tel: (571) 203-2793
                                             daniel.tucker@finnegan.com

                                             Cory C. Bell
                                             FINNEGAN, HENDERSON, FARABOW,
                                             GARRETT AND DUNNER, LLP
                                             2 Seaport Lane, 6th Floor
                                             Boston, MA 02210
                                             Tel: (617) 646-1641
                                             cory.bell@finnegan.com

                                             Yongyuan Gao Rice
                                             FINNEGAN, HENDERSON, FARABOW,
                                             GARRETT AND DUNNER, LLP
                                             901 New York Avenue N.W.
                                             Washington, DC 20001
                                             Tel: (202) 714-5958
                                             michelle.rice@finnegan.com

                                             ***Attorneys for Appellant***
                                             ***DirecTV, LLC***

3

## <u>CERTIFICATE OF SERVICE AND FILING</u>

I certify that on July 3, 2026, I electronically filed the foregoing

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL NOS. 26-1331, 26-1366** of Appellants DISH Network L.L.C. and DirecTV, LLC using the

Court's CM/ECF filing system.  Counsel for Cross-Appellant were electronically

served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25

and Fed. Cir. R. 25(e).

*/s/ Michael J. Ballanco*
Michael J. Ballanco

## **<u>CERTIFICATE OF COMPLIANCE</u>**

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A).  The motion contains 112 words, excluding the parts of the motion authorized by Fed. R. App. P. 27(a)(2)(B).  This motion has been prepared in a proportionally spaced typeface using Microsoft® Word for Microsoft 365 in Times New Roman, 14 Point.

Dated: July 3, 2026                          */s/ Michael J. Ballanco*
                                             Michael J. Ballanco