NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DISH NETWORK L.L.C., DIRECTV, LLC,**
*Appellants*

**v.**

**ENTROPIC COMMUNICATIONS, LLC,**
*Cross-Appellant*

---

2026-1331, 2026-1366, 2026-1352

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2024-00373 and IPR2024-01060.

---

## O R D E R

Upon consideration of DISH Network L.L.C.'s notice that it filed a Chapter 11 Voluntary Petition for Bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, ECF No. 26, and its and DirecTV, LLC's unopposed motion to voluntarily dismiss their appeals (Nos. 2026-1331, 2026-1366),

2    DISH NETWORK L.L.C. v. ENTROPIC COMMUNICATIONS, LLC

IT IS ORDERED THAT:

(1) Within 14 days of the date of entry of this order, the parties are directed to inform the court how they believe these appeals should proceed.

(2) Otherwise, these proceedings are stayed pending further notice of the court.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 9, 2026
Date